# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| ABBVIE INC., et al.,<br><br>                *Plaintiffs*,<br><br>v.<br><br>LIZ MURRILL, in her official capacity as Attorney General of Louisiana,<br><br>                *Defendant*. | **Case No. 6:23-CV-01307**<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAG. JUDGE CAROL B. WHITEHURST |

## ORDER

Considering the Opposed Motion to Intervene by the Louisiana Primary Care Association:

IT IS ORDERED that the Opposed Motion to Intervene is GRANTED and that the Louisiana Primary Care Association be permitted to participate in this proceeding.

SIGNED at _____, Louisiana, this \_\_\_\_ day of January 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE