# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| ABBVIE INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LIZ MURRILL, in her official capacity as Attorney General of Louisiana,<br><br>    *Defendant*. | Case No. 6:23-CV-01307<br><br>JUDGE: Robert R. Summerhays<br><br>MAGISTRATE JUDGE: Carol B. Whitehurst |

## ORDER

Considering the Louisiana Primary Care Association's Opposed Motion for Leave to File its cross-motion for summary judgment, memorandum in support of LPCA's motion for summary judgment and opposition to plaintiffs' motion for summary judgment, statement of material facts, response to plaintiffs' statement of material facts, and exhibits:

IT IS ORDERED that the Motion for leave to file is GRANTED and that the Louisiana Primary Care Association's cross-motion for summary judgment, memorandum in support of LPCA's motion for summary judgment and opposition to plaintiffs' motion for summary judgment, statement of material facts, response to plaintiffs' statement of material facts, and exhibits shall be entered into the record.

SIGNED at Lafayette, Louisiana, this 12th day of March, 2024.

                                                ROBERT R. SUMMERHAYS
                                                UNITED STATES DISTRICT JUDGE