# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-30651     AstraZeneca v. Murrill
c/w 24-30645    USDC No. 6:23-CV-1042
    24-30673    USDC No. 6:23-CV-1307
                USDC No. 6:23-CV-997
```

The court has taken the following action in this case: granting Stephen Wirth's motion to withdraw as counsel. They will receive no further notices regarding these cases.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Rebecca Andry*
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Jorge Benjamin Aguinaga
Mr. Brent Bennett Barriere
Ms. Delaney Bounds
Mr. Ronald S. Connelly
Mr. Carroll Devillier Jr.
Ms. Margaret Dotzel
Ms. Cherish Alise Drain
Mr. Zachary Faircloth
Mr. Lucas Henry Funk
Mr. Jeffrey Joseph Gelpi I
Mr. Louis Victor Gregoire Jr.
Mr. Jeffrey Handwerker
Ms. Hannah E. Hauer
Mr. Michael Brent Hicks
Ms. Alyssa Howard
Ms. Caitlin Ann Huettemann
Mr. Allon Kedem
Mr. Daniel J. McCoy
Mr. Fernando Montoya
Mr. Matthew Scott Owen
Mr. Philip J. Perry
Ms. Meredith Marie Pohl
Mr. Andrew D. Prins
Mr. Abid Qureshi
Mr. Alexander Theodore Reinboth
Mr. William B. Schultz
Mr. Riley T. Svikhart
Mr. Stephen K. Wirth